# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| REINHARD, PHILIP G. | NDIL - WESTERN DIVISION | 05/06/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE - SENIOR STATUS | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

327 SOUTH CHURCH STREET
ROOM 6100
ROCKFORD, ILLINOIS 61101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE | TRUST #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2019 | Illinois Judges' Retirement System & Illinois Municipal Retirement Fund - Vested. Benefits began 1/12/1996. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **REINHARD, PHILIP G.** | 05/06/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Illinois Judges' Retirement System | $86,214.12 |
| 2. 2019 | Illinois Municipal Retirement Fund | $16,449.96 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019-Int. | Substitute Teacher - Harlem Consolidated School District |
| 2. 2019 | Teachers Retirement System of the State of Illinois |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARD, PHILIP G. | 05/06/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARD, PHILIP G. | 05/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Regal Beloit Corporation Common Stock - Trust #1 | B | Dividend | M | T | Sold (part) | 11/04/19 | L | E | |
| 2. EQTCorp.formerly listed as Equitable Resources Common Stock - Trust #1 | A | Dividend | K | T | Buy (add'l) | 07/21/19 | J | | |
| 3. | | | | | Buy (add'l) | 06/12/19 | J | | |
| 4. Equitrans Midstream Corp. (spinoff from EQT Corp.) | D | Dividend | K | T | | | | | |
| 5. Vanguard - Index Total Stock Market Fund | D | Dividend | O | T | | | | | |
| 6. Vanguard - Index Total Stock Market Fund - Trust #1 | A | Dividend | K | T | | | | | |
| 7. E-Trade Ext.Ins.Sweep Dep.-Trust #1 (formerly E-Trade ClearingLLCBrok) | A | Interest | L | T | | | | | |
| 8. Vanguard Prime Money Market Fund | C | Dividend | N | T | Buy (add'l) | 4/11/19 | J | | |
| 9. | | | | | Buy (add'l) | 06/12/19 | K | | |
| 10. | | | | | Buy (add'l) | 09/12/19 | K | | |
| 11. | | | | | Buy (add'l) | 05/06/19 | J | | |
| 12. Vanguard Prime Money Market Fund - Trust #1 | B | Dividend | L | T | Buy (add'l) | 04/12/19 | J | | |
| 13. | | | | | Buy (add'l) | 06/12/19 | K | | |
| 14. | | | | | Buy (add'l) | 07/03/19 | J | | |
| 15. | | | | | Buy (add'l) | 08/21/19 | J | | |
| 16. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 17. | | | | | Buy (add'l) | 12/16/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARD, PHILIP G. | 05/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Redeemed<br>(part) | 11/25/19 | K | | |
| 19.    Gold - Krugerrands | | None | N | T | | | | | |
| 20.    Johnson & Johnson Corp. Common Stock -<br>Trust #1 | B | Dividend | L | T | | | | | |
| 21.    MGE Energy Inc. Common Stock - Trust #1 | B | Dividend | L | T | | | | | |
| 22.    3M Corp. Common Stock - Trust #1 | C | Dividend | M | T | | | | | |
| 23.    Vanguard Intermediate-term Tx. Muni<br>bonds - Admiral | D | Interest | N | T | | | | | |
| 24.    Midland Bank Financial Accounts | A | Interest | K | T | | | | | |
| 25.    Midland Bank Financial Account - Trust #1 | A | Interest | J | T | | | | | |
| 26.    Vanguard Intermediate-term Tx. Muni<br>bonds - Inv - Trust #1 | D | Interest | M | T | | | | | |
| 27.    Abraxas Pete, Common Stock - Trust #1 (Y) | | | | | | | | | |
| 28.    Devon Energy Corp. Common Stock - Trust<br>#1 | A | Dividend | K | T | | | | | |
| 29.    Ally Bank - Trust #1 | D | Interest | M | T | | | | | |
| 30.    Ally Bank | C | Interest | M | T | | | | | |
| 31.    Energy Transfer LP - Trust #1 | C | Dividend | K | T | | | | | |
| 32.    Apple Inc., Common Stock - Trust #1 | B | Dividend | M | T | | | | | |
| 33.    Novartis AG Common Stock - Trust #1 | A | Dividend | K | T | Sold<br>(part) | 04/23/19 | J | A | |
| 34.    ALC Stock - Trust #1 | | None | | | Spinoff<br>(from line 33) | 04/09/19 | J | | |

| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **REINHARD, PHILIP G.** | 05/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Sold | 04/23/19 | J | A | |
| 36. Vanguard ST Invest. Grade Fund | A | Dividend | K | T | | | | | |
| 37. Vanguard ST Invest. Grade Fund - Trust #1 | A | Dividend | K | T | | | | | |
| 38. Polaris Global Value Fund | B | Dividend | K | T | | | | | |
| 39. T.Rowe Price Health Sciences Fund | D | Dividend | L | T | Buy<br>(add'l) | 05/06/19 | J | | |
| 40. Vanguard Capital Opportunity Fund | D | Dividend | L | T | | | | | |
| 41. Vanguard Healthcare Fund | C | Dividend | K | T | | | | | |
| 42. Market Vectors ETF Tr. Jr Gold Miners ETF Trust #1 | A | Dividend | K | T | Buy<br>(add'l) | 04/01/19 | J | | |
| 43. Penumbra Inc., Common Stock Trust #1 | | None | L | T | | | | | |
| 44. Gold Mining Inc. - Trust #1 | | None | J | T | | | | | |
| 45. Vanguard Federal Money Market Fund - Trust #1 | A | Dividend | J | T | Buy<br>(add'l) | 12/16/19 | J | | |
| 46. Vanguard Dividend Growth Fund Investors Shares | B | Dividend | K | T | Buy<br>(add'l) | 11/25/19 | K | | |
| 47. Vanguard Prime Money Market Fund | A | Dividend | K | T | | | | | |
| 48. Ishares Nasdaq Biotechnology ETF | A | Dividend | K | T | | | | | |
| 49. Energy Select Sector SPDR ETF | A | Dividend | J | T | | | | | |
| 50. Vaneck Vectors Gold Miners ETF | A | Dividend | J | T | | | | | |
| 51. Apple Inc., Common Stock | B | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARD, PHILIP G. | 05/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Brown-Forman Corporation Class B Common Stock | A | Dividend | J | T | | | | | |
| 53. Facebook Inc., Class A Common Stock | | None | K | T | | | | | |
| 54. Vanguard Federal Money Market Fund (3) (X) | A | Dividend | J | T | | | | | |
| 55. Facebook Inc., Class A Common Stock (2) | | None | L | T | | | | | |
| 56. E-Trade Extended Insurance Sweep Deposit Acct. (2) | A | Dividend | K | T | | | | | |
| 57. Apple, Inc., Common Stock (3) | A | Dividend | M | T | | | | | |
| 58. Facebook Inc., Class A Common Stock (3) | | None | | | Sold | 11/01/19 | J | B | |
| 59. E-Trade Fin. Retire Sweep Dep.(formerlyE-TradeExt. Ins.SweepAcct. (3)) | A | Dividend | J | T | | | | | |
| 60. LCTX (formerly Biotime Inc.) | | None | | | Sold | 12/05/19 | J | | |
| 61. Age X Therapeutics (X) | | None | | | Sold | 04/23/19 | J | A | |
| 62. Washington Prime Group New | B | Dividend | | | Sold | 12/16/19 | J | | |
| 63. Vanguard High Yield Tax Exempt Fund - Trust #1 | A | Dividend | K | T | | | | | |
| 64. Vanguard International Growth Fund - Trust #1 | B | Dividend | L | T | | | | | |
| 65. Vanguard Federal Money Market Fund | A | Dividend | J | T | Redeemed (part) | 05/06/19 | J | | |
| 66. KraneShares MSCI One ETF | A | Dividend | J | T | | | | | |
| 67. American Silver Eagle Coins | | None | K | T | | | | | |
| 68. China Mobile ADR - Trust #1 | | None | J | T | Buy | 11/21/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARD, PHILIP G. | 05/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Ping An Ins. Group ADR - Trust #1 | | None | J | T | Buy | 11/26/19 | J | | |
| 70. Vanguard Core Bond Fund - Trust #1 | A | Dividend | K | T | Buy | 11/23/19 | K | | |
| 71. Uranium Energy Corp. Commons Stock-Trust #1 | | None | J | T | Buy | 06/14/19 | J | | |
| 72. Illinois Bank & Trust C.D. (X) | A | Int./Div. | L | T | Buy | 09/06/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **REINHARD, PHILIP G.** | 05/06/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ PHILIP G. REINHARD**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544